SCWC-11-0001074

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SANDRA C.J. BALOGH, Respondent/Plaintiff-Appellant,

vs.

DONALD RAYMOND BALOGH, Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001074; FC-D NO. 10-1-0149)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ., and
Circuit Judge Chan, in place of Acoba, J., recused)

Petitioner/Defendant-Appellee Donald Raymond Balogh's

application for writ of certiorari filed on December 2, 2013, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED:  Honolulu, Hawai'i, January 10, 2014.

Rebecca A. Copeland
for petitioner

Stephen T. Hioki
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Derrick H.M. Chan

